**Freddie MITCHELL, Plaintiff-Appellant**

v.

**ENERGY TRANSFER PARTNERS, L.P., Defendant-Appellee**

No. 17-20178

United States Court of Appeals, Fifth Circuit.

Filed February 14, 2018

Marrick Armstrong, Ghazal Asrar Vahora, Attorney, Smith Reed & Armstrong, P.L.L.C., Pearland, TX, for Plaintiff-Appellant

Kelley Riddle Edwards, Luke C. MacDowall, Littler Mendelson, P.C., Houston, TX, for Defendant-Appellee

Before REAVLEY, SMITH, and OWEN, Circuit Judges.

PER CURIAM: *

The judgment of the district court is confirmed for the reasons covered completely by the district judge.

The Plaintiff claims that there is a fact issue as to whether he and Bozeman were treated differently because of their race. But the corrective forms with different signing had complete differences in origin and significance to their employment. Race had nothing to do with that, and Plaintiff has not presented any evidence of racial discrimination.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.